UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PET LIFE LLC,

                       Plaintiff,

-against-

PETKIT NETWORK TECHNOLOGY
(SHANGHAI) CO. LTD; JOHN DOE, *1 through 10 inclusive*,

                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

19 Civ. 11859 (GBD)

GEORGE B. DANIELS, District Judge:

The May 28, 2020 initial conference is adjourned to August 13, 2020 at 9:30 a.m.

Dated: May 5, 2020
      New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE