UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

PET LIFE LLC,

                Plaintiff,

-against-

PETKIT NETWORK TECHNOLOGY
(SHANGHAI) CO. LTD; JOHN DOE, *1 through 10*
*inclusive*,

                Defendants.

------------------------------------- x

ORDER

19 Civ. 11859 (GBD)

GEORGE B. DANIELS, District Judge:

    The docket in the above-captioned case indicates that Plaintiff has not effectuated service.

    The complaint, (ECF No.1), filed December 27, 2019, is DISMISSED without prejudice.

    The Clerk of the Court is directed to close the case.

Dated: February 4, 2021
       New York, New York

                                            SO ORDERED.

                                            *George B. Daniels*
                                            GEORGE B. DANIELS
                                            UNITED STATES DISTRICT JUDGE